UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HECTOR WILMER ESCOBER PACHECO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JANET NAPOLITANO, Secretary for the Department of Homeland Security, et al.,<br><br>　　　　　Defendants. | Case No:  C 10-3413 SBA<br><br>**ORDER CONTINUING HEARING DATES** |

　　On November 3, 2010, Defendants filed a motion to dismiss (Dkt. 10), which is scheduled for hearing on March 1, 2011.  On November 18, 2010, Plaintiff's counsel Teresa Salazar-Cosmos filed a motion to withdraw as counsel of record for Plaintiff (Dkt. 11). However, Ms. Salazar-Cosmos failed to notice a hearing date for that motion.

　　On December 6, 2010, Plaintiff's co-counsel of record Valerie Ly also filed a motion to withdraw as counsel of record for Plaintiff (Dkt. 12), which is scheduled for hearing on March 1, 2011.  Thereafter, on February 14, 2011, Ms. Salazar-Cosmos filed another motion to withdraw as counsel of record (Dkt. 17), noticing a March 22, 2011 hearing date for that motion.  The March 22, 2011 hearing date on Ms. Salazar-Cosmos's second motion (Dkt. 17) has been continued to May 24, 2011, as March 22, 2011 is not an available hearing date on the Court's calendar (see Dkt. 19).

　　Also on February 14, 2011, the parties filed a stipulated request to continue the hearing date on Defendants' motion to dismiss, asking that the Court continue the March 1, 2011 hearing date to allow time for resolution of the pending motions to withdraw as counsel and for Plaintiff to acquire new counsel if necessary. Dkt. 15.  Accordingly,

///

///

IT IS HEREBY ORDERED THAT:

1. The March 1, 2011 hearing date on Valerie Ly's motion to withdraw (Dkt. 12) is CONTINUED to <u>May 24, 2011 at 1:00 p.m.</u>, to be heard on the same date as Teresa Salazar-Cosmos's motion to withdraw (Dkt. 17).

2. The March 1, 2011 hearing date on Defendants' motion to dismiss (Dkt. 10) is CONTINUED to <u>July 12, 2011 at 1:00 p.m.</u>

3. The joint motion of Valerie Ly and Defendants' counsel to appear by telephone at the March 1, 2011 hearing (Dkt. 16) is DENIED as MOOT.

4. Teresa Salazar-Cosmos's motion to appear by telephone at the March 1, 2011 hearing (Dkt. 18) is DENIED as MOOT.

5. This order terminates Dockets 16 and 18.

IT IS SO ORDERED.

Dated: February_18, 2011

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge