1

2                        UNITED STATES DISTRICT COURT

3                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                              OAKLAND DIVISION

5

6   HECTOR WILMER ESCOBER PACHECO,        Case No:  C 10-3413 SBA

7                  Plaintiff,             **ORDER**

8           vs.                           Docket 10

9   JANET NAPOLITANO, Secretary for DHS,

10                  Defendants.

11

12          The parties are presently before the Court on Defendants' motion to dismiss,

13   pursuant to Federal Rules of Civil Procedure 12(b)(1)&(6), which was set for hearing on

14   July 12, 2011.  Dkt. 10.  Under the version of Civil Local Rule 7-3 in effect at the time the

15   motion was filed, any opposition or statement of non-opposition had to be filed no later

16   than twenty-one days before the noticed hearing date.  As such, Plaintiff's response to the

17   instant motion should have been filed by no later than June 21, 2011.  Paragraph 8 of the

18   Court's Standing Orders expressly warns as follows:  "**Effect of Failing to Oppose a**

19   **Motion**:  The failure of the opposing party to timely file a memorandum of points and

20   authorities in opposition to any motion or request shall constitute a consent to the granting

21   of the motion."  Dkt. 2 at 4.  Moreover, on May 25, 2011, the Court issued an order

22   granting the motion to withdraw brought by Plaintiff's counsel ("Order of 5/25/11").  Dkt.

23   23.  In the Order of 5/25/11, the Court warned Plaintiff that he was required to file an

24   opposition to Defendants' motion no later than June 21, 2011 or his case could be

25   dismissed.  Notwithstanding the requirements of Civil Local Rule 7-3, and the Court's

26   warnings in its Standing Orders and the Order of 5/25/11, Plaintiff did not file an

27   opposition or statement of non-opposition by June 21, 2011.

28

1   As a result of Plaintiff's failure to respond, on July 6, 2011, the Court issued an

2   order providing Plaintiff with an additional opportunity to file an opposition or otherwise

3   agree to dismiss the action by no later than July 13, 2011 and continued the hearing until

4   September 20, 2011.  Dkt. 25.  The Court again warned Plaintiff that failure to comply

5   would result in dismissal of his action pursuant to Federal Rule of Civil Procedure 41(b).

6   To date, Plaintiff has not filed an opposition or responded.

7       A district court may sua sponte dismiss an action for failure to prosecute or to

8   comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  See Link v.

9   Wabash R.R., 370 U.S. 626, 633 (1962); McKeever v. Block, 932 F.2d 795, 797 (9th Cir.

10  1991).  The court should consider five factors before dismissing an action under Rule

11  41(b): (1) the public interest in the expeditious resolution of the litigation: (2) the court's

12  need to manage its docket; (3) the risk of prejudice to the defendants; (4) the availability of

13  less drastic sanctions; and (5) the public policy favoring the disposition of actions on their

14  merits.  Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

15      The first three factors cited above weigh in favor of dismissal in light of the fact that

16  the Court has given Plaintiff two opportunities to file an opposition or other response to

17  Defendants' motion and he has failed to do so.  Moreover, he has not prosecuted the case

18  since his counsel has withdrawn, even though the Order of 5/25/11 specifically informed

19  him of his duty to do so.  Docket 23.  The fourth factor also weighs in favor of dismissal

20  because less drastic sanctions would have little impact in light of the Court's prior warnings

21  that the failure to comply with its orders could result in the dismissal of the action.

22  Although the fifth factor appears to weigh against dismissal, dismissal is appropriate in

23  light of the other four factors.  See Pagtalunan v. Galaza, 291 F.3d 639, 643 (9th Cir. 2002)

24  (finding district court did not abuse its discretion in dismissing petition with prejudice

25  where three of the five factors weighed in favor of dismissal).  In light of the foregoing,

26  //

27  //

28  //

1    IT IS HEREBY ORDERED THAT Defendants' motion to dismiss is granted and

2  this action is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute,

3  pursuant to Federal Rule of Civil Procedure 41(b).  This Order terminates Docket 10.  The

4  Clerk of the Court shall close the file and terminate any pending matters.

5    IT IS SO ORDERED.

6

7

8  Dated:  August 22, 2011                    _____

9                                             SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PACHECO et al,

        Plaintiff,

  v.

NAPOLITANO et al,

        Defendant.
_____/

Case Number: CV10-03413 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hector Wilmer Escober Pacheco
1033 Bowdoin Street
San Francisco, CA 94134

Dated: August 25, 2011

                   Richard W. Wieking, Clerk

                   By: LISA R CLARK, Deputy Clerk